USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
Batto, D
12/10/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRACY QUITASOL,

                Plaintiff,

v.

THE NEW YORK TIMES and MEREDITH LEVIEN,

                Defendants.
------------------------------------------------------------X

Case No.: 1:15-CV-04873 (DAB)(JLC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, who have been authorized by their respective clients to execute this Stipulation and Order of Dismissal With Prejudice, that the above-captioned action by Plaintiff shall be and is hereby dismissed in its entirety, with prejudice, as to all Defendants, without an award of attorneys' fees, costs or disbursements to either party.

    Dated: New York, New York
    December 3, 2015

| | |
|---|---|
| **HERNSTADT ATLAS PLLC** | **PROSKAUER ROSE LLP** |
| By: *[signature]* <br> Edward Hernstadt <br> 11 Broadway, Suite 2150 <br> New York, NY 10004 <br> Tel: 212.809.2501 <br><br> *Attorneys for Plaintiff* | By: *[signature]* <br> Gregory I. Rasin <br> Jacquelyn R. Weisman <br> Eleven Times Square <br> New York, NY 10036-8299 <br> Tel: 212.969.3000 <br> Fax: 212.969.2900 <br><br> *Attorneys for Defendants The New York Times Company and Meredith Levien* |

**SO ORDERED** this 10th day of December, 2015

*[signature]*
HON. DEBORAH A. BATTS